UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> M&T BANK CORPORATION, <br><br> Defendant. | CASE NO.: 15-cv-2167 (DLC) |

**ORDER OF DISMISSAL WITH PREJUDICE**

In consideration of the parties' Stipulated Motion for Dismissal of all claims with prejudice and all counterclaims as moot asserted between plaintiff, Maxim Integrated Products, Inc. ("MAXIM") and M&T Bank Corporation ("M&T"), the Stipulated Motion for Dismissal with prejudice is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between MAXIM and M&T are hereby dismissed with prejudice and all counterclaims are dismissed as moot.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SO ORDERED.**

Dated: 1/28/16

The Honorable Denise L. Cote
United States District Judge
Southern District of New York